Disposition of Petitions for Discretionary Review Under G.S. 7A-31

STATE v. WALKER

No. 112P85.

Case below: 47 N.C. App. 585.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.

STATE v. WILSON

No. 158P85.

Case below: 73 N.C. App. 398.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985. Petition by defendant for writ of supersedeas and temporary stay denied 2 April 1985.

STATE ex rel. GRIMSLEY v. WEST LAKE DEV., INC.

No. 39P85.

Case below: 71 N.C. App. 779.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.

THE LITTLE RED SCHOOL HOUSE, LTD. v. CITY OF GREENSBORO

No. 719P84.

Case below: 71 N.C. App. 332.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 April 1985. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 2 April 1985.